UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE ROUGEAU,

               Plaintiff,

      v.

DEPARTMENT OF CORRECTIONS, *et al.*,

               Defendants.

CASE NO. 3:26-cv-05301-DGE-GJL

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge Grady J. Leupold. Plaintiff Lance Rougeau, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on March 23, 2026. *See* Dkt. 1. On April 28, 2026, the Court notified Plaintiff of the deficiencies of his Complaint and directed Plaintiff to file an amended complaint on or before May 28, 2026, if he wished to proceed with this action. Dkt. 12. The Court warned Plaintiff that if he failed to file an amended complaint or adequately respond to the issues raised in the Court's Order Declining to Serve, the undersigned would recommend dismissal of this action. *Id*.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT - 1

Plaintiff did not file a timely response to the Court's Order Declining to Serve. Rather, on May 6, 2026, Plaintiff filed a letter.[1] *See* Dkt. 13. While the letter appears to set forth a narrative in support of any potential claims, Plaintiff has not filed an amended complaint on the form provided by the Court and he has not cured the deficiencies identified in the Order Declining to Serve. However, because Plaintiff filed a response to the Court's Order Declining to Serve, the Court will afford Plaintiff one additional opportunity to file an amended complaint that cures the deficiencies of his Complaint.

Accordingly, if Plaintiff intends to pursue a § 1983 civil rights action in this Court, he must file an amended complaint and within the amended complaint, he must write a short, plain statement telling the Court: (1) the constitutional right Plaintiff believes was violated; (2) the name of the person who violated the right; (3) exactly what the individual did or failed to do; (4) how the action or inaction of the individual is connected to the violation of Plaintiff's constitutional rights; and (5) what specific injury Plaintiff suffered because of the individual's conduct. *See Rizzo v. Goode*, 423 U.S. 362, 371–72, 377 (1976).

**Plaintiff shall present the amended complaint on the form provided by the Court and it may not incorporate any part of the original complaint by reference. The amended complaint will act as a complete substitute for the original complaint, and not as a supplement.** The Court will screen the amended complaint to determine whether it contains factual allegations linking each Defendant to the alleged violations of Plaintiff's rights. The Court will not authorize service of the amended complaint on any Defendant who is not specifically linked to a violation of Plaintiff's rights.

---

[1] The Court notes that, on June 8, 2026, a "Notice of Appeal" was filed in this case. *See* Dkt. 14. While this "Notice" cites this captioned action, it is signed by a separate individual who appears to be asserting unrelated claims on behalf of himself. *See id*. Further, other than the caption itself, there is no reference to Plaintiff in this "Notice." *See id*.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT - 2

If Plaintiff fails to file an amended complaint or fails to adequately respond to the issues raised herein on or before **July 10, 2026**, the undersigned will recommend dismissal of this action.

The Clerk is directed to send Plaintiff a copy of this Order and the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint and for service.

Dated this 11th day of June, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT - 3