UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE ROUGEAU,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

CASE NO. 3:26-cv-05301-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 31, 2026, the Honorable Grady J. Leupold, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Dkt. No. 18). The R&R identified Plaintiff has failed to file an amended complaint addressing deficiencies in his original complaint. Plaintiff thereafter filed a letter on August 3, 2026 (Dkt. No. 21) raising what appears to be general concerns related to the treatment of individuals with mental health issues. However, the letter fails to address the issues raised in Judge Leupold's R&R. To date, Plaintiff has not filed an amended complaint.

Having reviewed the R&R and the remaining record de novo, the Court ORDERS:

(1) The Court ADOPTS the R&R.

(2) This case is DISMISSED without prejudice for Plaintiff's failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 25th day of August, 2026.

David G. Estudillo
United States District Judge